IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA JONES HYATT**                                                                      **PLAINTIFF**

v.                              Case No. 4:20-cv-1353-LPR

**ARKANSAS DEPARTMENT OF
CORRECTIONS; GAIL STITH;
CEDRIC ALBRITTON; BUB PARKER**                                     **DEFENDANTS**

## ORDER

    Ms. Hyatt has failed to either file an IFP application or pay the required filing fee.[1] As a result, this case is dismissed for failure to prosecute.[2] The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[3]

    IT IS SO ORDERED this 21st day of December, 2020.

                                             _____
                                             LEE P. RUDOFSKY
                                             UNITED STATES DISTRICT JUDGE

---

[1] Order, Doc. 2.

[2] Local Rule 5.5(c)(2).

[3] 28 U.S.C. § 1915(a)(3).