IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA JONES HYATT**                                                                 **PLAINTIFF**

**v.**                           Case No. 4:20-cv-1353-LPR

**ARKANSAS DEPARTMENT OF
CORRECTIONS; GAIL STITH;
CEDRIC ALBRITTON; BUB PARKER**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 21st day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).